# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRAND CANYON SKYWALK DEVELOPMENT LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>DAVID JOHN CIESLAK, NICHOLAS SCUTARI and SCUTARI & CIESLAK PUBLIC RELATIONS, INC.<br><br>　　　　　　Defendants. | Case No. 2:15-cv-00663-GWF<br>**Consolidated with:**<br>Case No. 2:15-cv-1189-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on Defendant Haulapai Tribe's ("Defendant") Stipulated Motion to Extend Time to File Notice of Appeal (Dkt. #38; Dkt #31 in Case No. 2:15-cv-01189-JAD-GWF), filed on March 29, 2016.

　　　　Federal Rule of Appellate Procedure 4(a)(5)(A) provides that when a party requests an extension and provides good cause in doing so, the district court may extend the time to file a notice of appeal. Here, Defendant requests that the Court grant it a thirty (30) day extension of time to file a notice of appeal. Defendant represents that the parties are scheduled to conduct a settlement conference on April 24, 2016 and if this matter is resolved, the underlying issue of the appeal would be moot. The Court finds that Defendant has provided sufficient good cause to justify an extension. Accordingly,

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Defendant Haulapai Tribe's Stipulated Motion to Extend Time to File Notice of Appeal (Dkt. #38; Dkt #31 in Case No. 2:15-cv-01189-JAD-GWF) is **granted**.  Defendant shall have until **May 9, 2016** to file a notice of appeal.

DATED this 6th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge